McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-0476-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING THE STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| RASHAWN JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Rashawn JACKSON, by and through his counsel, Olaf Hedburg, Esq., stipulate and agree that the currently-set status conference on February 13, 2007, should be continued to March 6, 2007, at 8:30 a.m.[1] The parties further stipulate that the time period from February 13, 2007, up to and including the new status conference date of March 6, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense

---

[1] There are two other defendants indicted in this case but not included in this stipulation and proposed order for the following reasons.  Defendant Nicholas RAPIER is currently serving a Sacramento county jail term and will not be released to federal custody until April of 2007.  Defendant Andrew CONWAY is a fugitive.

1

counsel to continue discussions with the government regarding resolution of the case and investigate the defendant's federal sentencing exposure.

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 14, 2007          By: /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

DATED: February 14, 2007          By: /s/Olaf Hedberg
                                  Authorized to sign for Mr.
                                  Hedberg on 02-08-07
                                  OLAF HEDBERG, Esq.
                                  Attorney for Rashawn JACKSON

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for February 13, 2007, at 8:30 a.m. is vacated;

2. A status conference is set for March 6, 2007, at 8:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from February 13, 2007, up to and including March 6, 2007.

Dated: February 13, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE