1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  721 9th St., Suite 220
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00476-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | Date: April 23, 2007 |
| RASHAWN JACKSON, | ) | Time: 8:30 A.M. |
| | ) | Judge: Hon. Morrison C. England |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the status conference now scheduled for April 24, 2007 at 8:30 a.m. be vacated and a new date of May 10, 2007, at 9:00 a.m. be set for status/change of plea. The government has provided a plea agreement . The defense needs additional time to review that plea agreement . The parties have been diligently working towards finalization of that plea agreement. Additionally Defense counsel is currently in jury trial in the case of *People v. Calhoun* in Sacramento Superior Court.

///

///

It is further stipulated and agreed between the parties that the period beginning April 24, 2007 and ending May 10, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 23rd day of April, 2007
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Rashawn Jackson

Dated this 23rd day of April, 2007
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Jason Hitt
Jason Hitt
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**
 **Dated:  May 2, 2007**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**