1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  ATTORNEY FOR DEFENDANT
   RASHAWN JACKSON
6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )    2:06-cr-00476-MCE
10                                 )
                    Plaintiff,     )    **SUBSTITUTION OF ATTORNEY;**
11                                 )    **ORDER**
        V.                         )
12                                 )
   RASHAWN JACKSON,                )
13                                 )
                    Defendant.     )
14                                 )
   _____)
15

16
        It is respectfully requested that OLAF HEDBERG, esq., be relieved
17
   as attorney of record in the above captioned case and that RACHELLE
18
   BARBOUR, Assistant Federal Defender, Office of the Federal Defender,
19
   801 I Street, 3rd Floor, Sacramento, CA 95814, telephone number (916)
20
   498-5700, email Rachelle_Barbour@fd.org, be substituted back in as
21
   appointed counsel.
22

23
                              Respectfully submitted,
24
                              DANIEL J. BRODERICK
25                            Federal Defender

26
        May 3, 2007           /s/ Rachelle Barbour
27 DATED: _____   _____
                              RACHELLE BARBOUR
28                            Assistant Federal Defender

1

2        I consent to the substitution.

3

4  DATED:   May  3, 2007         /s/ Rashawn Jackson
5                                RASHAWN JACKSON
                                 Defendant
6

7

8  DATED:   May 3 , 2007          /s/  Olaf Hedberg
9                                OLAF HEDBERG
                                 Attorney at Law
10

11                                O R D E R
12
        IT IS SO ORDERED.
13

14   Dated: May 8, 2007

15

16  _____
    MORRISON C. ENGLAND, JR.
17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28