UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:06-cr-00476- MCE |
| v. | ) | |
| | ) | |
| RASHAWN JACKSON, et al., | ) | |
| _____ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:  **Nicholas Lejon RAPIER**, X-Ref. No. 1797283

Detained at (custodian):  Sacramento County Main Jail, 651 I Street, Sacramento, California 95814

Detainee is: a.) (X) charged in this district by: (X) Indictment ( ) Information

  or b.) (_) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (_) return to the custody of detaining facility upon termination of proceedings
  or b.) (X) be retained in federal custody until final disposition of federal charges.

  *Appearance is necessary forthwith in the Eastern District of California for arraignment on the federal Indictment in this case.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Jason Hitt  916-554-2751 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      (_) Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

_____
Please provide the following, if known:
AKA(s) (if applicable): BUNK, RAPIER; RAPIER, NICHOLAS, etc.  X Male Female
Booking or CDC #: X-Ref. No. 1797283
Facility Address: Sacramento County Main Jail
    651 I Street
    Sacramento, California 95814
Facility Phone: 916-874-6752
Currently Incarcerated For: State parole violations
_____

**RETURN OF SERVICE**

Executed on  _____  By: _____
                (Signature)