DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RASHAWN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RASHAWN JACKSON and NICHOLAS )<br>RAPIER, )<br>)<br>Defendants. )<br>) | No. 2:06-cr-00476-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 23, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

     It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, RASHAWN JACKSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, and NICHOLAS RAPIER, by and through his attorney KRESTA DALY, Esq., that the status conference of July 5, 2007 be vacated and that a status conference be set for August 23, 2007 at 9:00 a.m.

     This continuance is being requested because Mr. Rapier's counsel is currently involved in a lengthy criminal trial in county court.

Both counsel must review numerous audio recordings and other discovery, and discuss them with their clients.

The parties request that speedy trial time is be excluded from the date of this order through the date of the status conference set for August 23, 2007  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 2, 2007                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ RACHELLE BARBOUR
                                       _____
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       RASHAWN JACKSON


                                       McGREGOR SCOTT
                                       United States Attorney

                                       /s/ Rachelle Barbour for
DATED: July 2, 2007                    _____
                                       JASON HITT
                                       Assistant U.S. Attorney

                                       /s/ Rachelle Barbour for
DATED:  July 2, 2007                   _____
                                       KRESTA DALY
                                       Attorney for defendant
                                       NICHOLAS DALY

_____**O R D E R**

**IT IS SO ORDERED.**

 Dated: July 6, 2007

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE