DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RASHAWN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-00476-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| RASHAWN JACKSON and NICHOLAS ) RAPIER, ) | DATE: October 11, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, RASHAWN JACKSON, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, and NICHOLAS RAPIER, by and through his attorney KRESTA DALY, Esq., that the status conference of August 23, 2007 be vacated and that a status conference be set for October 11, 2007 at 9:00 a.m.

///

///

This continuance is being requested because Mr. Rapier's counsel is currently involved in a criminal trial in county court. Both counsel must review numerous audio recordings and other discovery, and discuss them with their clients. Both counsel must discuss plea options with the government.

The parties request that speedy trial time is be excluded from the date of this order through the date of the status conference set for October 11, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 20, 2007        Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ RACHELLE BARBOUR
                              _____
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              RASHAWN JACKSON

                              McGREGOR SCOTT
                              United States Attorney


                              /s/ Rachelle Barbour for
DATED: August 20, 2007        _____
                              JASON HITT
                              Assistant U.S. Attorney

| | |
|---|---|
| DATED:  August 20, 2007 | /s/ Rachelle Barbour for _____ KRESTA DALY Attorney for defendant NICHOLAS RAPIER |

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3