```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RASHAWN JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>RASHAWN JACKSON, NICHOLAS )<br>RAPIER, and ANDREW CONWAY, )<br>)<br>Defendants. )<br>) | Case No. 2:06-cr-00476-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: November 15, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

_____

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants RASHAWN JACKSON, by and though his attorney, RACHELLE BARBOUR, Assistant Federal Defender, NICHOLAS RAPIER, by and through his attorney KRESTA DALY, Esq., and ANDREW CONWAY, by and through his attorney, DAN KOUKOL, Esq., that the status conference of October 11, 2007 be vacated and that a status conference be set for November 15, 2007 at 9:00 a.m.

///

1   This continuance is being requested because the parties need
2 additional time to discuss the case with the government and negotiate
3 plea agreement.  Counsel must review numerous audio recordings and
4 other discovery, and discuss them with their clients.  Mr. Conway's
5 counsel has recently come into the case and needs additional time to
6 receive discovery and review it with his client.
7 //
8 //

1   The parties request that speedy trial time is be excluded from
2   the date of this order through the date of the status conference set
3   for November 15, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
4   [reasonable time to prepare] (Local Code T4).

DATED: October 9, 2007            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ RACHELLE BARBOUR
                                  _____
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant RASHAWN JACKSON

                                  McGREGOR SCOTT
                                  United States Attorney

                                  /s/ Rachelle Barbour for
DATED: October 9, 2007            _____
                                  JASON HITT
                                  Assistant U.S. Attorney


                                  /s/ Rachelle Barbour for
DATED:  October 9, 2007           _____
                                  KRESTA DALY
                                  Attorney for defendant NICHOLAS RAPIER

DATED:  October 9, 2007      /s/ Rachelle Barbour for
                             _____
                             DAN KOUKOL
                             Attorney for defendant ANDREW CONWAY

                             **O R D E R**

**IT IS SO ORDERED.**

Dated: October 12, 2007

                             _____
                             MORRISON C. ENGLAND, JR.
                             UNITED STATES DISTRICT JUDGE

3