1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5
    Attorney for Defendant
6   RASHAWN JACKSON

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,      )
                                   )    Case No. 2:06-cr-00476-MCE
12               Plaintiff,        )
                                   )    **STIPULATION AND ORDER**
13          v.                     )
                                   )    DATE: January 10, 2008
14  RASHAWN JACKSON, NICHOLAS      )    TIME: 9:00 a.m.
    RAPIER, and ANDREW CONWAY,     )    JUDGE: Hon. Morrison C. England, Jr.
15                                 )
                                   )
16               Defendants.       )
                                   )
17  _____

18

19       It is hereby stipulated and agreed to between the United States of

20  America through JASON HITT, Assistant U.S. Attorney, and defendants

21  RASHAWN JACKSON, by and though his attorney, RACHELLE BARBOUR,

22  Assistant Federal Defender, NICHOLAS RAPIER, by and through his

23  attorney KRESTA DALY, Esq., and ANDREW CONWAY, by and through his

24  attorney, DAN KOUKOL, Esq., that the status conference of November 15,

25  2007 be vacated and that a status conference be set for January 10,

26  2008 at 9:00 a.m.

27  ///

28

1    This continuance is being requested because the parties need

2 additional time to discuss the case with the government and negotiate

3 plea agreement.  Counsel must review numerous audio recordings and

4 other discovery, and discuss them with their clients.  Mr. Conway's

5 counsel has recently come into the case and needs additional time to

6 receive discovery and review it with his client.  Government counsel

7 has been in a trial, and all defense counsel need additional time to

8

9 discuss the case with him.

10    The parties request that speedy trial time is be excluded from

11 the date of this order through the date of the status conference set

12 for January 10, 2008  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)

13 [reasonable time to prepare] (Local Code T4).

14 DATED: November 9, 2007        Respectfully submitted,

15
                                DANIEL J. BRODERICK
16                              Federal Defender

17                              /s/ RACHELLE BARBOUR

18                              RACHELLE BARBOUR
                                Assistant Federal Defender
19                              Attorney for Defendant RASHAWN JACKSON

20                              McGREGOR SCOTT
                                United States Attorney
21

22

23 ///

24 ///

25 ///

26 ///

27 ///

28

**2**

1

DATED: November 9, 2007

2

3

4

DATED:  November 9, 2007

5

6

7  DATED:  November 9, 2007

8

9

/s/ Rachelle Barbour for

_____

JASON HITT
Assistant U.S. Attorney

/s/ Rachelle Barbour for

_____

KRESTA DALY
Attorney for defendant NICHOLAS RAPIER

/s/ Rachelle Barbour for

_____

DAN KOUKOL
Attorney for defendant ANDREW CONWAY

10  _____ **O R D E R**

11     **IT IS SO ORDERED.**

12

13   Dated: November 15, 2007

14

_____

15  MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28