DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RASHAWN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,                 )<br>                                       )<br>      v.                               )<br>                                       )<br>RASHAWN JACKSON, NICHOLAS              )<br>RAPIER, and ANDREW CONWAY,             )<br>                                       )<br>            Defendants.                )<br>                                       )<br>_____ | Case No. 2:06-cr-00476-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: February 21, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

    It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants RASHAWN JACKSON, by and though his attorney, RACHELLE BARBOUR, Assistant Federal Defender, NICHOLAS RAPIER, by and through his attorney KRESTA DALY, Esq., and ANDREW CONWAY, by and through his attorney, DAN KOUKOL, Esq., that the status conference of January 10, 2008 be vacated and that a status conference be set for February 21, 2008 at 9:00 a.m.

///

1   This continuance is being requested because the parties need
2  additional time to discuss the case with the government and negotiate
3  plea agreements.  Counsel must review numerous audio recordings and
4  other discovery, and discuss them with their clients.  All defense
5  counsel need additional time to discuss the case with the prosecutor.
6  //
7  //

The parties request that speedy trial time is be excluded from the date of this order through the date of the status conference set for February 21, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 8, 2008         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ RACHELLE BARBOUR
                               _____
                               RACHELLE BARBOUR
                               Assistant Federal Defender
                               Attorney for Defendant RASHAWN JACKSON

                               McGREGOR SCOTT
                               United States Attorney

                               /s/ Rachelle Barbour for
DATED: January 8, 2008         _____
                               JASON HITT
                               Assistant U.S. Attorney

                               /s/ Rachelle Barbour for
DATED:  January 8, 2008        _____
                               KRESTA DALY
                               Attorney for defendant NICHOLAS RAPIER

DATED:  January 8, 2008        /s/ Rachelle Barbour for
                               _____
                               DAN KOUKOL
                               Attorney for defendant ANDREW CONWAY

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE