```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RASHAWN JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>RASHAWN JACKSON, NICHOLAS    )<br>RAPIER, and ANDREW CONWAY,   )<br>                             )<br>            Defendants.      )<br>                             ) | Case No. 2:06-cr-00476-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 6, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants RASHAWN JACKSON, by and though his attorney, RACHELLE BARBOUR, Assistant Federal Defender, NICHOLAS RAPIER, by and through his attorney KRESTA DALY, Esq., and ANDREW CONWAY, by and through his attorney, DAN KOUKOL, Esq., that the status conference of February 21, 2008 be vacated and that a status conference be set for March 6, 2008 at 9:00 a.m.

///

1  This continuance is being requested because the parties need
2 additional time to discuss the case with the government and negotiate
3 plea agreements.  Counsel must review numerous audio recordings and
4 other discovery, and discuss them with their clients.  All defense
5 counsel need additional time to discuss the case with the prosecutor.
6 //
7 //

The parties request that speedy trial time is be excluded from the date of this order through the date of the status conference set for March 6, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 19, 2008           Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ RACHELLE BARBOUR
                                   _____
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant RASHAWN JACKSON

                                   McGREGOR SCOTT
                                   United States Attorney

                                   /s/ Rachelle Barbour for
DATED: February 19, 2008           _____
                                   JASON HITT
                                   Assistant U.S. Attorney

                                   /s/ Rachelle Barbour for
DATED:  February 19, 2008          _____
                                   KRESTA DALY
                                   Attorney for defendant NICHOLAS RAPIER

DATED:  February 19, 2008          /s/ Rachelle Barbour for
                                   _____
                                   DAN KOUKOL
                                   Attorney for defendant ANDREW CONWAY

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 20, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3