```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RASHAWN JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>RASHAWN JACKSON,             )<br>                             )<br>           Defendant.        )<br>                             )<br>_____) | Case No. 2:06-cr-00476-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AS TO RASHAWN JACKSON ONLY**<br><br>DATE: March 27, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant RASHAWN JACKSON, by and though his attorney, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of March 6, 2008 be vacated and that a status conference be set for March 27, 2008 at 9:00 a.m.

This continuance is being requested because the parties need additional time to discuss the government's plea agreement, which was presented to Mr. Jackson last week.

Once the parties have made a plea agreement, defense counsel will provide it to the Court for its review prior to the next status conference.

The parties request that speedy trial time is be excluded from the date of this order through the date of the status conference set for March 27, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 4, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ RACHELLE BARBOUR

RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant RASHAWN JACKSON

McGREGOR SCOTT
United States Attorney

/s/ Rachelle Barbour for

DATED: March 4, 2008

JASON HITT
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2