DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**ANDREW CONWAY**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-00476-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 6, 2008 |
| | TIME: 9:00 AM |
| ANDREW CONWAY, | JUDGE: Hon. Morrison England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Andrew Conway, by and through his attorney, Dan Koukol, that the status conference of March 6, 2008 be vacated and that a status conference be set for April 3, 2008 at 9:00 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements. Counsel must review recently received discovery material and discuss this material with his client.

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for April 3, 2008 at 9:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

DATED: MARCH 4, 2008            Respectfully submitted,


                                /s/ DAN KOUKOL
                                _____
                                DAN KOUKOL
                                Attorney for defendant Andrew Conway


DATED: MARCH 4, 2008            Respectfully submitted,


                                /s/ DAN KOUKOL FOR
                                _____
                                Jason Hitt
                                Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED: March 13, 2008

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

-2-