1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5
   Attorney for Defendant
6  RASHAWN JACKSON

7
                  IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,      )    Case No. 2:06-cr-00476-MCE
                                  )
12            Plaintiff,          )    **STIPULATION AND ORDER CONTINUING
                                  )    STATUS CONFERENCE AS TO RASHAWN
13      v.                        )    JACKSON ONLY**
                                  )
14 RASHAWN JACKSON,               )
                                  )    DATE: April 10, 2008
15            Defendant.          )    TIME: 9:00 a.m.
                                  )    JUDGE: Hon. Morrison C. England, Jr.
16 _____  )

17

18

19      It is hereby stipulated and agreed to between the United States of

20 America through JASON HITT, Assistant U.S. Attorney, and defendant

21 RASHAWN JACKSON, by and though his attorney, RACHELLE BARBOUR,

22 Assistant Federal Defender, that the status conference of March 27,

23 2008 be vacated and that a status conference be set for April 10, 2008

24 at 9:00 a.m.

25      This continuance is being requested because the parties need

26 additional time to finalize the government's plea agreement.

27

28 ///

1  Once the parties have made a plea agreement, defense counsel will

2  provide it to the Court for its review prior to the next status

3  conference.

4      The parties request that speedy trial time is be excluded from

5  the date of this order through the date of the status conference set

6  for April 10, 2008  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)

7  [reasonable time to prepare] (Local Code T4).

8

9  DATED: March 25, 2008          Respectfully submitted,

10                                  DANIEL J. BRODERICK
                                   Federal Defender

11
                                   /s/ RACHELLE BARBOUR
12                                 _____

13                                 RACHELLE BARBOUR
                                   Assistant Federal Defender
14                                 Attorney for Defendant RASHAWN JACKSON

15                                 McGREGOR SCOTT
                                   United States Attorney
16
                                   /s/ Rachelle Barbour for
17 DATED: March 25, 2008          _____

18                                 JASON HITT
                                   Assistant U.S. Attorney

19 _____  **O R D E R**

20      **IT IS SO ORDERED.**

21

22  Dated: March 26, 2008

23

24  _____
    MORRISON C. ENGLAND, JR.

25  UNITED STATES DISTRICT JUDGE

26

27

28

2